## Sheaffer's Estate (No. 2).

Argued May 20, 1924. Appeals, Nos. 348 and 350, Jan. T., 1924, by Bertha S. Alexander and Leah E. Groff, from decree of O. C. Lancaster Co., May T., 1923, No. 22, dismissing exceptions to adjudication in Estate of Jacob F. Sheaffer, deceased. Before FRAZER, WALLING, KEPHART, SADLER and SCHAFFER, JJ. Affirmed.

OPINION BY MR. JUSTICE KEPHART, July 8, 1924:

The decree is affirmed in the above stated appeals for the reasons given in the same estate entered to No. 349, January Term, 1924.